AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RAYMOND DOUGLAS HENNAGIR <br><br> *Plaintiff(s)* <br> v. <br> SHERBROOKE APTS. INC. and <br> MITCHELL SCOTT NOVICK, Individually <br><br> *Defendant(s)* | Civil Action No. <br><br> 18-cv-24590-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SHERBROOKE APTS. INC.
c/o Mitch Novick, Registered Agent
901 Collins Ave. #207
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maurice Arcadier, Esq.
Arcadier, Biggie & Wood, PLLC
2815 W. New Haven Ave. Ste. 304
Melbourne, FL 32904

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Nov 1, 2018

Steven M. Larimore
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RAYMOND DOUGLAS HENNAGIR <br><br> *Plaintiff(s)* <br> v. <br><br> SHERBROOKE APTS. INC. and <br> MITCHELL SCOTT NOVICK, Individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. <br><br> 18-cv-24590-DPG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MITCHELL SCOTT NOVICK
901 Collins Ave. #207
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maurice Arcadier, Esq.
Arcadier, Biggie & Wood, PLLC
2815 W. New Haven Ave. Ste. 304
Melbourne, FL 32904

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Nov 1, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts